UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES LYNN O'HINES,

        Plaintiff,

vs.

Warden JEFF FREELAND, et al.,

        Defendants.

No. C 09-2375 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. The complaint is incomprehensible, and so is **DISMISSED** without prejudice. See *Jackson v. Arizona*, 885 F.2d 639, 641 (9th Cir. 1989) (claim that is totally incomprehensible may be dismissed as frivolous as it is without an arguable basis in law); *see also Cato v. United States*, 70 F.3d 1103, 1106-07 (9th Cir. 1995) (an IFP complaint that fails to identify any constitutional or statutory right that was violated, or assert any basis for federal subject matter jurisdiction is frivolous). The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 19, 2009.

                                              PHYLLIS J. HAMILTON
                                              United States District Judge

P:\PRO-SE\PJH\CR.09\O'HINES2375.DSM.wpd